**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BONNIE K. PAULSEN,             :        CIVIL ACTION

    vs.                            :        NO. 20-1180

UNITED STATES POSTAL SERVICE.  :

**O R D E R**

       **AND NOW, TO WIT:** This 23rd day of April, 2020, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                      **KATE BARKMAN**, Clerk of Court


                      **BY:** */s/ Katie Rolon*
                              Katie Rolon
                              Civil Deputy Clerk


Copies Emailed on 4/23/20 to:
  Michael S. Levin, Esq.


Civ 2 (7/83)

41.1(b)